UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**HONORABLE JANIS L. SAMMARTINO**

| UNITED STATES OF AMERICA, | CASE NO.: 21CR1425-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| LUIS HUMBERTO PEREZ TORRES, | |
| Defendant. | |

Pursuant to the joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for July 30, 2021 at 1:30 p.m. be continued to Friday August 20, 2021 at 1:30 p.m. The court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. §3161(h)(1)(D).

**SO ORDERED.**

Dated: July 28, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

21CR1425-JLS